UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADONIS HUCKABY,

    Plaintiff,

v.

LA CITY CARS, et al.,

    Defendants.

Case No. 2:25-cv-10844-SRM-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [8]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge. Accordingly,

**IT IS ORDERED**:

    1.    The Report and Recommendation, Dkt. 8, is accepted.

    2.    The Complaint, Dkt. 1, is **DISMISSED WITHOUT PREJUDICE**.

    3.    Judgment shall be entered dismissing this action without prejudice for failure to prosecute and to follow court orders.

4.    The Clerk shall serve this Order and the Judgment on all counsel or parties of record.


DATED: April 27, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

2