JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADONIS HUCKABY,

          Plaintiff,

    v.

LA CITY CARS, et al.,

          Defendants.

Case No. 2:25-cv-10844-SRM-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

**IT IS ADJUDGED** that the Complaint in this matter is dismissed and the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: April 27, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE